No. 99–708. HAMANN *v.* BIO-RAD LABORATORIES, INC. C. A. 9th Cir. Certiorari denied.

No. 99–709. PENNSYLVANIA *v.* WILLIAMS. Sup. Ct. Pa. Certiorari denied.

No. 99–710. SHEPLER *v.* EVANS, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 99–711. ORTIZ ET UX. *v.* COUNTY OF LOS ANGELES ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–713. SMITH *v.* BOARD OF TRUSTEES FOR THE OKOLONA MUNICIPAL SEPARATE SCHOOL DISTRICT ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–715. RASH *v.* RASH. C. A. 11th Cir. Certiorari denied.

No. 99–718. CARRILLO *v.* ACF INDUSTRIES, INC. Sup. Ct. Cal. Certiorari denied.

No. 99–720. ALCAN ALUMINUM CORP. *v.* PRUDENTIAL ASSURANCE CO. LTD. ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–722. CASINO VENTURES, INC. *v.* STEWART, CHIEF, SOUTH CAROLINA LAW ENFORCEMENT DIVISION, ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–723. METRO COMMUNICATIONS CO. ET AL. *v.* AMERITECH CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–724. LOUIS ET AL. *v.* GRANT, TRUSTEE. C. A. 11th Cir. Certiorari denied.

No. 99–727. TENG LI-ANN LEE *v.* CITY OF RANCHO PALOS VERDES ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 99–728. CENTRAL MAINE POWER CO. *v.* MAINE PUBLIC UTILITIES COMMISSION. Sup. Jud. Ct. Me. Certiorari denied.

No. 99–730. PENNSYLVANIA *v.* LOOMIS. Super. Ct. Pa. Certiorari denied.